IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ROBERT DONALDSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:09-0619 |
| | ) | Judge Nixon |
| BAC HOME LOANS SERVICE, L.P., | ) | Magistrate Judge Brown |
| improperly named as Countrywide Bank, formerly known as Countrywide Home Loans Servicing, L.P. and JOHN DOES 1-100, | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court are Plaintiff Robert Donaldson's ("Plaintiff") Motion to Remand and Amended Petition for Injunctive and Other Relief ("Plaintiff's Motions") (Doc. Nos. 12 & 16). On November 2, 2009, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that Plaintiff's Motions be denied. No written objections to the Report were filed. The Court hereby finds the Report to be well-taken and **ADOPTS** it in its entirety. Plaintiff's Motions are **DENIED**.

It is so ORDERED.

Entered this _____ day of December, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT