IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT DONALDSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:09-cv-00619 |
| | ) Judge Nixon |
| | ) Magistrate Judge Brown |
| BAC HOME LOANS SERVICING, L.P. | ) |
| f/k/a COUNTRYWIDE HOME LOANS | ) JURY DEMAND |
| SERVICING, L.P., and JOHN DOES | ) |
| 1-100, | ) |
| Defendants. | ) |

## ORDER

On August 24, 2011, this Court entered summary judgment against Plaintiff Robert Donaldson and dismissed this action. (Doc. No. 131.) Plaintiff filed objections to the Court's judgment on September 14, 2011 (Doc. No. 135), and a Notice of Appeal to the Sixth Circuit Court of Appeals two weeks later (Doc. No. 136). The Sixth Circuit has now characterized Plaintiff's objections as a motion for reconsideration under Federal Rule of Civil Procedure 60(b)[1] and has ordered that his appeal be held in abeyance pending resolution of that motion. (Doc. No. 147.) The Court therefore **ORDERS** Defendant Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, to respond to Plaintiff's request for reconsideration within fourteen days of the entry of this Order.

It is so ORDERED.

Entered this 9th day of February, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Although Plaintiff's filing also refers to Rules 46 and 72, those Rules are inapplicable to reconsideration of a final judgment by a district court.

1